IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. RINCON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HUMBOLDT COUNTY CORRECTIONAL FACILITY; D. TWITCHELL; J. MENDEZ; CHRISTIAN; LUND; FLINT; HAMMER; CORRAL; BENGE; CHRISTIANSEN; NUNEMANN; DYERS; GARCIA; MENDEBURU; SINTIC; DOES<br><br>　　　　Defendant. | No. C 17-0463 WHA (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Dkt. No. 9) |

　　　　Plaintiff, a Humboldt County Jail inmate, filed this civil rights action on January 30, 2017. On the same day, the clerk notified plaintiff that he must submit either the filing fee or a completed application to proceed in forma pauperis ("IFP"). Along with this notice, the clerk mailed to plaintiff an IFP application, instructions, and a stamped return envelope. The instructions informed plaintiff that in order to complete the IFP application, he would have to submit a certificate of the funds in his trust account completed and signed by an authorized jail official, as well as a statement from his inmate trust account showing transactions for the last six months. The notice informed plaintiff that the case would be dismissed if he did not either pay the fee or file the completed IFP application, including the trust account statement and signed certificate of funds form, within 28 days. Plaintiff has filed a partially completed IFP application. That is, he filed the court's IFP form completed by him with an unsigned

certificate of funds and no trust account statement.  He has also not paid the filing fee.  As more than 28 days have passed and plaintiff has not filed a completed IFP application, paid the filing fee, shown cause why not, or requested an extension of time to do so, this case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: May   10   , 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE